IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00578-ZLW

LESTER WASHINGTON, and
BEVERLY ELLIS-JACKSON, et al.,

    Plaintiffs,

v.

JACKSON STATE UNIV., et al.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 10 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff Lester L. Washington's "Emergency Motion to Change/Correct Filing Date of this Dismissed Case" filed on October 5, 2007, is DENIED. The docket sheet accurately reflects that the original complaint in this action, which was received by the Court on March 17, 2006, was filed on March 29, 2006.

Dated: October 10, 2007

Copies of this Minute Order were mailed on October 10, 2007, to the following:

Lester L. Washington
PO Box 494
Fort Collins, CO 80522-0494

Beverly Ellis Jackson
905 West Laurel #332 B
Fort Collins, CO 80521

                                            Secretary/Deputy Clerk